

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:GSM
F. #2021R00137

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 18, 2021

<u>By Email and ECF</u>

Kannan Sundaram
Federal Defenders
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    <u>United States v. Ryan Behar</u>
              <u>Criminal Docket No. 21-187 (RPK)</u>

Dear Mr. Sundaram:

      Enclosed please find the government's second production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The government again requests reciprocal discovery from the defendant.

<u>The Government's Discovery</u>

      I.    <u>Documents and Tangible Objects</u>

- Instagram subscriber information for "rocko_conti (45299271090)," bates-numbered BEHAR008599-BEHAR008627; and

- Instagram subscriber information for "slimvectra1980 (6354314690)," bates-numbered BEHAR008628-BEHAR008632.

    II.    <u>Other Crimes, Wrongs or Acts</u>

- A redacted New York City Policy Department ("NYPD") complaint and follow-up forms pertaining to 2017 allegations of misconduct with a child, bates-numbered BEHAR008633-BEHAR008651.

    Very truly yours,

    MARK J. LESKO
    Acting United States Attorney
    Eastern District of New York

By:    /s/ Garen S. Marshall
    Garen S. Marshall
    Assistant U.S. Attorney
    (718) 254-6569

Enclosures

cc:    Clerk of the Court (RPK) (by ECF) (without enclosures)