

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| WK:GSM | *271 Cadman Plaza East* |
| F. #2021R00137 | *Brooklyn, New York 11201* |

May 18, 2021

<u>By Email and ECF</u>

Kannan Sundaram
Federal Defenders
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

> Re:   United States v. Ryan Behar
> <u>Criminal Docket No. 21-187 (RPK)</u>

Dear Mr. Sundaram:

Enclosed please find a proposed plea agreement, which constitutes a plea offer that must be communicated to your client promptly. <u>Missouri v. Frye</u>, 132 S. Ct. 1399, 1408 (2012); <u>see</u> <u>also</u> N.Y. Rules of Prof'l Conduct R. 1.4(a)(1)(iii). This proposed plea agreement contains all the terms of the government's plea offer, and it supersedes any prior plea offers that may have been made. This plea offer expires after June 29, 2021, and may be revoked by the government, in its sole discretion, at any time before its expiration. If your client rejects the plea offer and is convicted after trial, your client's sentencing exposure under the relevant statutes and Sentencing Guidelines is likely to be higher after trial than if the proposed plea agreement were to be entered.

Additionally, please note that the government awaits your response to the proposed stipulation and protective order, pursuant to Federal Rule of Criminal Procedure 16(d), which it provided to you on April 29, 2021. The government stands ready to produce

additional discovery materials pursuant to the proposed order once it is signed by you and so ordered by the Court.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

MARK J. LESKO
Acting United States Attorney
Eastern District of New York

By:     /s/ Garen S. Marshall
        Garen S. Marshall
        Assistant U.S. Attorney
        (718) 254-6569

cc:     Clerk of the Court (RPK) (by ECF) (without enclosures)