**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 3, 2022

**By ECF and Email**
The Honorable Rachel P. Kovner
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

       Re: United States v. Ryan Behar
          21-CR-187 (RPK)

Your Honor:

  I write, with the government's consent, to request an adjournment of the sentencing, currently calendared for March 17, 2022. The reason for the request is that I need additional time to complete my sentencing submission and present some supplemental material to the government and the Probation Department.

  Based on my discussions with chambers and the government regarding available upcoming dates, I am requesting that the sentencing be re-set to April 7, 2022 at 12 p.m.

  I thank the Court for its consideration.

              Respectfully Submitted,

                /s/
              Kannan Sundaram
              Assistant Federal Defender
              (646) 588-8311

  cc:  Garen S. Marshall
      Assistant U.S. Attorney